# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

LORI MONTI,

        Petitioner

        v.

PET SUPPLIES PLUS, LLC., PET SUPPLIES PLUS, LLC, F/K/A PSP PARENT, LLC AND POCONO RETAIL ASSOCIATES, LLC,

        Respondents

: No. 452 MAL 2020
:
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 17th day of February, 2021, the Petition for Allowance of Appeal is **DENIED**.